IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DENNIS LOCK,

    Plaintiff,

v.

STATE OF CALIFORNIA, et al.,

    Defendants.

Civ. No. 6:13-cv-02091-MC

OPINION AND ORDER

_____

MCSHANE, Judge:

    Plaintiff, *pro se*, filed multiple documents in this action, including: (1) a complaint, ECF No. 2; (2) a petition for writ of mandamus, ECF No. 6; (3) a motion for temporary restraining order, ECF No. 7; and (4) a motion for notice of treason, ECF No. 8. This Court dismissed plaintiff's complaint and denied plaintiff's motions. In consideration of plaintiff's *pro se* status, this Court granted plaintiff until February 5, 2014 to "file an amended complaint curing the deficiencies identified" in the order. Order, Jan. 6, 2014, ECF No. 10. Plaintiff has not taken additional action since that time. Accordingly, because plaintiff failed to comply with this Court's order, ECF No. 10, this action is dismissed without prejudice for failure to prosecute. IT IS SO ORDERED.

    DATED this 25th day of February, 2014.

                                            _____s/ Michael J. McShane
                                                 Michael J. McShane
                                           United States District Judge